# IN THE SUPREME COURT OF THE STATE OF NEVADA

OSCAR PEREZ-MARQUEZ,
               Appellant,
        vs.
THE STATE OF NEVADA BOARD OF
PAROLE; CHRISTOPHER DERICCO;
TONY CORDA; SUSAN JACKSON;
MICHAEL KEELER; AND DARLA
FOLEY,
              Respondents.

No. 84666

**FILED**

MAY 26 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing appellant's complaint with leave to amend. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. "[A] district court order dismissing a complaint with leave to amend is not final and appealable." *Bergenfield v. BAC Home Loans Servicing,* 131 Nev. 683, 685, 354 P.3d 1282, 1284 (2015). To date, it does not appear that the district court has entered a final and appealable order of dismissal without leave to amend. *See id.* at 686, 354 P.3d at 1284. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

22-16721

cc: Hon. David M. Jones, District Judge
Oscar Perez-Marquez
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk